# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 20, 2015

## NO. 03-13-00368-CV

**Max Hudson, Appellant**

**v.**

**The Honorable Ken Paxton, Attorney General of Texas; and
Region 16 Education Services Center, Appellees**

### APPEAL FROM 53RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES PURYEAR AND GOODWIN
### AFFIRMED -- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment signed by the trial court on May 6, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the judgment. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.